IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SUZANNE HAGOOD,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:16-CV-2203-L** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Commission,** | § | |
| Defendant. | § | |

# ORDER

This social security appeal was referred to United States Magistrate Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 16, 2017, recommending that the final decision of the Commissioner be reversed and remanded for further proceedings consistent with his Report. No objections to the Report were filed.

After reviewing the briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further proceedings consistent with the magistrate judge's Report.

**It is so ordered** this 31st day of August, 2017.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**